IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON L. PORTER,

              Plaintiff,                      ORDER

    v.

                                        17-cv-726-wmc

KEVIN BOODRY, SEAN SALTER,
NATHANIEL CHRISTENSEN,
DUSTIN COOPER, PATRICK HOOPER,
DUSTIN KINGSLAND,
JOSEPH CICHANOWICZ and
TRAVIS HAAG,

              Defendants.

---

On October 12, 2021, *pro se* plaintiff Brandon Porter will proceed to trial in this civil lawsuit with regard to events that took place in 2012 while he was incarcerated at Columbia Correctional Institution ("Columbia"). Porter has requested that the court subpoena two former Columbia employees who are likely to have some information related to the events as issue: Sandra Darling-Jezuit and Dr. Dalia Suliene. Having now been advised that neither will appear voluntarily, even if allowed the convenience of testifying by videoconference,

ORDER

1) The clerk of court is directed to issue subpoenas to Darling-Jezuit and Suliene for their in-person appearances in this case on Tuesday October 12, 2021, at 3:30 p.m., using the U.S. Marshal or other reliable provider the Marshal may designate to serve those subpoenas.

2) The clerk of court is directed to issue checks to Darling-Jezuit and Suliene to cover their witness fees and travel expenses from the Attorney Admission Fund, to be served along with the subpoenas.

SO ORDERED.

Dated this 7th day of October, 2021.

                                                    BY THE COURT:

                                                    /s/

                                                    _____
                                                  WILLIAM M. CONLEY
                                                  District Judge